

**SO ORDERED.**
**SIGNED this 28th day of October, 2020**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE:

| | |
|---|---|
| Kyle Thomas Pope | Case No. 20-31637-SHB |
| | Chapter 7 |
| Debtor. | Judge Bauknight |

| | | |
|---|---|---|
| SHANNON GREENE, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 20-ap-03042-SHB |
| | ) | |
| v. | ) | |
| | ) | |
| KYLE THOMAS POPE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER

This cause came before the Honorable Suzanne H. Bauknight, Judge of the

Bankruptcy Court for the Eastern District of Tennessee  Division. Upon the Motion to Extend

Deadline to File an Answer to Complaint by William E. Maddox, Jr., attorney for the debtor,

4

and the Court having decided the relief sought is to be granted, it is hereby ordered that the time to file an Answer to Complaint be extended to November 19, 2020.

###

**APPROVED FOR ENTRY:**

*s/ William E. Maddox, Jr.*
William E. Maddox, Jr. BPR #017462
William E. Maddox, Jr. LLC
Attorney at Law
Attorney for Debtor
P.O. Box 31287
Knoxville, TN 37930
Phone: (865) 293-4953